UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTINE MONAHAN,                )<br>                                   )<br>      Plaintiff,             )<br>                                   )<br>v.                                 )<br>RGS                                )<br>                                   )<br>NATIONAL RAILROAD PASSENGER       )<br>CORPORATION, d/b/a AMTRAK,        )<br>                                   )<br>      Defendant.            )<br>                                   ) | Civil Action No. 05 11304 |

### NOTICE OF APPEARANCE

Please enter our appearance as counsel for Respondent, National Railroad Passenger Corporation (also known as "AMTRAK").

DATED:   September 16, 2005

**DEFENDANT,**
**NATIONAL RAILROAD PASSENGER CORPORATION,**
By Its Attorneys,

_____
John A. Kiernan (BBO No. 271020)

_____
Stephen E. Hughes (BBO No. 629644)
Bonner Kiernan Trebach & Crociata
One Liberty Square - 6th Floor
Boston, MA 02109
(617) 426-3900

Certificate of Service

I, Stephen E. Hughes, hereby certify that I have on December 23, 2003, served a true copy of the foregoing document by sending it by first class mail, postage prepaid, to counsel of record for the plaintiff.

_____
Stephen E. Hughes