UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTINE MONAHAN,<br><br>Plaintiff,<br><br>v.<br>RGS<br><br>NATIONAL RAILROAD PASSENGER<br>CORPORATION, d/b/a AMTRAK,<br><br>Defendant. | Civil Action No. 05 11304 |

NOTICE OF APPEARANCE

Please enter our appearance as counsel for Respondent, National Railroad Passenger Corporation (also known as "AMTRAK").

DATED:   September 16, 2005

DEFENDANT,
NATIONAL RAILROAD PASSENGER
CORPORATION,
By Its Attorneys,

_John A. Kiernan_
John A. Kiernan (BBO No. 271020)

_Stephen E. Hughes_
Stephen E. Hughes (BBO No. 629644)
Bonner Kiernan Trebach & Crociata
One Liberty Square - 6th Floor
Boston, MA 02109
(617) 426-3900

Certificate of Service

I, Stephen E. Hughes, hereby certify that I have on December 23, 2003, served a true copy of the foregoing document by sending it by first class mail, postage prepaid, to counsel of record for the plaintiff.

_Stephen E. Hughes_
Stephen E. Hughes