UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTINE MONAHAN, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05 11304 RGS |
| NATIONAL RAILROAD PASSENGER CORPORATION, d/b/a AMTRAK, | ) |
| Defendant. | ) |

## DEFENDANT AMTRAK'S CERTIFICATE OF CONFERRAL

Pursuant to Local Rule 16.1, Defendant, National Railroad Passenger Corporation (d/b/a Amtrak) and its counsel, Bonner Kiernan Trebach & Crociata, have conferred regarding: (a) the budget for the costs of conducting the full course - and various alternative courses - of the litigation of the above-captioned matter; and (b) consideration of the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

SIGNED:

_/s/ John A. Kiernan / Stephen E. Hughes_
John A. Kiernan BBO No. 271020
Stephen E. Hughes BBO No. 629644
Bonner Kiernan Trebach & Crociata, LLP
One Liberty Square - 6th Floor
Boston, MA 02109
(617) 426-3900

_/s/ Desmond T. McIlwain_
Desmond McIlwain, Esq.
Associate General Counsel
National Railroad Passenger Corp.
60 Massachusetts Avenue, N.E.
Washington, D.C. 20002
(202) 906-3296

Certificate of Service

I, Stephen E. Hughes, hereby certify that I have on December 1, 2005, served a true copy of the foregoing document by sending it by first class mail, postage prepaid, to counsel of record for the plaintiff.

_/s/ Stephen E. Hughes_
Stephen E. Hughes