## CERTIFICATION

I certify that I have conferred with Plaintiff Christine Monahan to establish a budget for this litigation. I further certify that my office and Ms. Monahan have reviewed alternative courses for the litigation and discussed the programs outlined in Local Rule 16.4.

_____          _____
Christine Monahan                                              Denise A. Chicoine, Esq.