UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**CHRISTINE MONAHAN**

    **V.**                                 **CIVIL ACTION NO. 05-11304-RGS**

**NATL. RAILROAD PASSENGER CORP.**

# ORDER OF DISMISSAL

**STEARNS, DJ.**                                                            **MARCH 1, 2007**

    ON NOVEMBER 2, 2006, COUNSEL FOR THE PLAINTIFF IN THE ABOVE-CAPTIONED CASE WAS ALLOWED TO WITHDRAW, AND PLAINTIFF WAS TO EITHER OBTAIN SUCCESSOR COUNSEL OR ENTER AN APPEARANCE WITH THIS COURT PRO SE. NEITHER HAS BEEN DONE.

    THEREFORE, THE ABOVE-CAPTIONED ACTION IS HEREBY DISMISSED FOR WANT OF PROSECUTION.

    SO ORDERED.

                                                  **RICHARD G. STEARNS**
                                                  **UNITED STATES DISTRICT JUDGE**

    **BY:**

                **/s/ Mary H. Johnson**
              _____
                **Deputy Clerk**